371 A.2d 222

Commonwealth v. Chapman, Appellant.

Submitted June 22, 1976.

Joseph N. Bongiovanni, III, for appellant; Richard P. Myers, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

364 A.2d 950

Commonwealth v. Clevenger, Appellant.

Submitted April 12, 1976.

Oliver E. Mattas, Jr., Assistant Public Defender, for appellant; William J. Haberstroh, Assistant District Attorney, and Amos C. Davis, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.